IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA JOHNSON, NICOLE PRICE, and NARENE CROSBY | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:24-cv-174-BP |
| GOVERNOR MICHAEL L. PARSON, et al., | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

COME NOW Arthur A. Benson II of the Law Office of Arthur A. Benson II and Brian F. McCallister of the McCallister Law Firm and hereby enter their appearances as additional counsel of record for Plaintiffs Barbara Johnson, Nicole Price, and Narene Crosby.

Respectfully submitted,

LAW OFFICE OF ARTHUR A. BENSON II

By  s/ Arthur A. Benson II
Arthur A. Benson II #21107
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
abenson@bensonlaw.com

and

THE McCALLISTER LAW FIRM

By  s/ Brian F. McCallister

Brian F. McCallister #37383
917 West 43rd Street
Kansas City, Missouri 64111
(816) 931-2229
brian@mccallisterlawfirm.com

Attorney for Plaintiffs