UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

BARBARA JOHNSON, *et al.*

Plaintiffs,

v.

GOVERNOR MICHAEL L. PARSON., *et al.*,

Defendants.

No. 4:24-cv-00174-BP

### STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Governor Michael L. Parson; Attorney General Andrew Bailey; and Secretary of State Jay Ashcroft, by and through the undersigned counsel, respectfully request an extension of time, up to and including May 20, 2024, to file their response to Plaintiffs' Amended Complaint. In support of their Motion, Defendants state as follows:

1. Plaintiffs filed their original Complaint on March 11, 2024. (Doc. 1).

2. Service was accepted on behalf of Defendants Parson, Bailey and Ashcroft on March 14, 2024 and a Waiver of Service filed on March 25, 2024. (Doc. 4).

3. This Court's March 25, 2024 docket entry notes Defendants' response was due May 20, 2024. (Doc. 4).

4. But, on March 28, the Court entered a notice of correction setting a May 13, 2024 deadline for Defendants to answer the Complaint. (Doc. 5).

5. Plaintiffs filed an Amended Complaint on May 6, 2023. (Doc. 11).

6. Federal Rule of Civil Procedure 15(a)(3) states a response to an amended pleading "must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, *whichever is later*." (emphasis added).

7. Fourteen days after the filing of Plaintiffs' Amended Complaint is May 20, 2024, which is seven days after the current deadline to file a response to Plaintiffs' Complaint.

8. Due to the press of business, and pursuant to F.R.C.P. 15(a)(3), the undersigned respectfully requests an extension of seven (7) days to file their response to Plaintiffs' Amended Complaint.

For the forgoing reasons, Defendants Governor Parson; Attorney General Bailey; and Secretary of State Ashcroft request an extension of time up to and including May 20, 2024 in which to file their response to Plaintiffs' Amended Complaint.

Dated: May 9, 2024

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Caleb Rutledge*
Joshua M. Divine, Mo. Bar. No. 69875
  *Solicitor General*
Caleb Rutledge, Mo. Bar. No. 74820
  *Assistant Attorney General*
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0812
Fax: (573) 751-0774
Josh.Divine@ago.mo.gov
Caleb.Rutledge@ago.mo.gov

*Counsel for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 9, 2024, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on all counsel of record.

*/s/ Caleb Rutledge*