# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

BARBARA JOHNSON, *et al.*

    Plaintiffs,

  v.                No. 4:24-cv-00174-BP

GOVERNOR MICHAEL L. PARSON., *et al.*,

    Defendants.

## STATE DEFENDANTS' MOTION TO DISMISS

  Defendants Governor Michael L. Parson; Attorney General Andrew Bailey; and Secretary of State Jay Ashcroft respectfully move to dismiss Plaintiff's first amended complaint. F.R.C.P. 12(b)(1), (6), (h)(3). In support, Defendants state the following:

1. On May 6, 2024, Plaintiffs filed their first amended complaint with this Court. (Doc. 11).

2. Defendants move this Court to dismiss Plaintiffs' first amended complaint.

3. This Court lacks subject-matter jurisdiction because Plaintiffs failed to allege sufficient facts to establish standing. F.R.C.P. 12(b)(1), (h)(3).

4. Plaintiffs also failed to allege sufficient facts to state a claim upon which relief can be granted. *Id.* 12(b)(6).

5. Defendants submit suggestions contemporaneously with and in support of this motion. L.R. 7.0(a), (c)(1).

6. Defendants request oral argument. *Id.* 7.0(e).

Dated: May 20, 2024

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

 */s/ Caleb Rutledge*
Joshua M. Divine, Mo. Bar. No. 69875
 *Solicitor General*
Caleb Rutledge, Mo. Bar. No. 74820
 *Assistant Attorney General*
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0812
Fax: (573) 751-0774
Josh.Divine@ago.mo.gov
Caleb.Rutledge@ago.mo.gov

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 20, 2024, the foregoing was filed electronically through the

Court's electronic filing system to be served electronically on all counsel of record.

*/s/ Caleb Rutledge*