IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA JOHNSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 4:24-cv-00174 |
| | ) | |
| v. | ) | |
| | ) | |
| GOVERNOR MICHAEL L. PARSONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT STATE AND DEFENDANT BOARD OF COMMISIONERS MOTIONS TO DISMISS**

COMES NOW, Plaintiffs, by and through their undersigned counsel, respectfully request an extension of time, to file responses to Defendant State and Defendant Police Board's Motions to Dismiss which were filed simultaneously with the Court on May 20, 2024. Plaintiffs' accompanying suggestions in support, set forth the justifiable reasons for the request.

WHEREFORE, upon consideration, Plaintiff respectfully requests the Court grant this Motion and any further and other relief that is justifiable and proper.

Respectfully submitted,

**WEBSTER LAW, LLC**

By: /s/ Spencer J. Webster
Spencer J. Webster #70728
712 Broadway Blvd., Suite 100
Kansas City, Missouri 64105
Telephone: 816.629.6052
swebster@sjwebsterlaw.com

Attorney for Plaintiff

## Certificate of Service

The undersigned hereby certifies that on June 3, 2024, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

    /s/ Spencer J. Webster
Spencer J. Webster