IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BARBARA JOHNSON, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 4:24-CV-00174 |
| ) | |
| GOVERNOR MICHAEL PARSON, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR STAY IN RESPONSE TO THE COURT'S JULY 16 ORDER REGARDING BRIEFING SCHEDULE

COME NOW Plaintiffs, by and through their undersigned counsel of record, and for their motion in response to the Court's Order regarding the proposed briefing schedule, states as follows:

1. On May 20, 2024, Plaintiffs filed a motion for Preliminary Injunction.

2. On June 20, 2024, Plaintiffs filed a Motion for Leave to Amend the Second Amended Complaint, which is currently pending before the Court.

3. As such, Plaintiffs wish to stay the briefing on their Preliminary Injunction as currently filed until the Court rules on Plaintiffs' Motion for Leave to File Second Amended Complaint.

WHEREFORE, in response to the Court's order directing Plaintiffs to inform the Court regarding the briefing on their Preliminary Injunction, Plaintiffs respectfully request the Court stay the briefing of the Motion for Preliminary Injunction until the Court rules on Plaintiffs Motion for Leave to File Second Amended Complaint.

Respectfully submitted,

WEBSTER LAW, LLC

By: /s/ Spencer J. Webster
Spencer J. Webster #70728
712 Broadway Blvd., Suite 100
Kansas City, Missouri 64105
Telephone: 816.629.6052
Fax: 816.934.1194
swebster@sjwebsterlaw.com


LAW OFFICE OF ARTHUR A. BENSON II

By s/ Arthur A. Benson II
Arthur A. Benson II #21107
4006 Central Avenue
Kansas City, Missouri 64111
(816) 531-6565
abenson@bensonlaw.com


THE McCALLISTER LAW FIRM

By s/ Brian F. McCallister
Brian F. McCallister #37383
917 West 43rd Street
Kansas City, Missouri 64111
(816) 931-2229
brian@mccallisterlawfirm.com


## Certificate of Service

I hereby certify that on July 19, 2024, a copy of the foregoing was sent through the Federal filing system CM/ECF to the registered attorneys of record and to all others by electronic mail:


/s/ Spencer J. Webster
Spencer J. Webster