IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI - WESTERN DIVISION

| | |
|---|---|
| BARBARA JOHNSON, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | Case No.: 4:24-cv-00174 |
| ) | |
| v. ) | |
| ) | |
| GOVERNOR MICHAEL L. PARSON, ) *et. al.,* ) | |
| ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE

COME NOW Plaintiffs and Defendants, by and through their respective undersigned counsel and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action, without prejudice, each party to bear their or its own costs.

Respectfully submitted,

THE MCCALLISTER LAW FIRM,
A PROFESSIONAL CORPORATION

By: */s/ Brian F. McCallister*
Brian F. McCallister     MO# 37383
917 West 43rd Street
Kansas City, Missouri 64111-3133
Telephone: (816) 931-2229
Facsimile: (816) 756-1181
Email: info@mccallisterlawfirm.com
*Attorney for Plaintiffs*

and

/s/ *Arthur A. Benson II*
Arthur A. Benson II    MO# 21107
4006 Central Avenue
Kansas City, Missouri 64111
Telephone: (816) 531-6565
Email: abenson@bensonlaw.com
*Attorney for Plaintiffs*

and

/s/ *Caleb Rutledge*
Caleb Rutledge
Office of The Missouri Attorney General
207 West High Street
Jefferson City, MO 65102
Telephone: (573) 751-0812
Email: caleb.rutledge@ago.mo.gov
*Attorney for Governor Michael L. Parson, Attorney General Andrew Bailey and Secretary of State Jay Ashcroft*

and

/s/ *Michael W. Seitz*
Spencer Fane LLP-KCMO
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Telephone: (816) 292-8277
Fax: 816-474-3216
Email: mseitz@spencerfane.com
*Attorney for the Kansas City, Missouri Board of Police Commissioners and its members*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2024, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

*/s/ Brian F. McCallister*
*Attorney for Plaintiffs*